UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                    CASE NO:

BONNIE FRAZEE,                                              6:09-bk-19163-ABB
                                                                           Chapter 13

       Debtor(s).

_____/

**MOTION AND NOTICE TO MODIFY CHAPTER 13 CONFIRMED  PLAN**

**Notice Of Opportunity To Object And For Hearing**

_____

       Pursuant to Local Rule 2002-4, the Court will consider this Motion, objection or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper, you must file your Objection with the Clerk of the Court at 400 West Washington St, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's Attorney, Robert Zipperer, 224 S Beach St, Suite 202, Daytona Beach, FL 32114.

       If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing and may grant the relief requested.

_____

       COMES NOW, the Debtor(s), Bonnie Frazee, by and through her undersigned attorney, and files this Motion to Modify Order Confirming Chapter 13 Plan and as grounds in support of this Motion would state the following:

1.      This case was filed on December 17, 2009 and the Order Confirming Plan was entered on July 26, 2010.

2.      The Debtor(s) requests confirmation Order to be modified in order to state Claim 9 of Regions Bank will be paid outside the Plan.

3.      Currently the Confirmation Order states that this claim is to be surrendered.

4.      Debtor obtained an Order to pay Claim 9 outside the Plan with Trustee's consent and has continued to make monthly payments to Regions Bank for collateral of real property located at 3704 Watermelon Lane, New Smyrna Beach, FL 32168.

5.      The plan will be modified to state Claim 9 of Regions Bank will be paid outside

the Plan and Note (2) will state the same.

6.      No creditors will be prejudiced by this modification.


WHEREFORE, the Debtor moves this Court for a modification of the Order Confirming

Chapter 13 Plan as stated herein, and for such further relief as the Court deem appropriate.


Dated this 7th day of January, 2013.

                                            /s/ Robert Zipperer
                                            _____
                                            Robert Zipperer
                                            Attorney for debtor(s)
                                            Florida Bar No:  196525
                                            224 S Beach St, Suite 202
                                            Daytona Beach, FL 32114
                                            386-226-1151 telephone
                                            386-238-3956 facsimile


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion and Notice to
Modify Chapter 13 Confirmed Plan has been furnished by either electronic or US Mail to all
interested parties on the attached mailing matrix (obtained from the Clerk's office with 7 day of
service) this 7th day of  January, 2013.

                                            /s/ Robert Zipperer
                                            _____
                                            Robert Zipperer
                                            Attorney for Debtor(s)